# EXHIBIT J

**Date:** July 13, 2017

**Case:** Certain Access Control Systems and Components Thereof



Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

```
 1                 UNITED STATES OF AMERICA

 2                        BEFORE THE

 3                INTERNATIONAL TRADE COMMISSION

 4

 5   - - - - - - - - - - - - - - - - - - x

 6   IN THE MATTER OF:                   :   Investigation Number

 7   CERTAIN ACCESS CONTROL SYSTEMS      :   337-TA-1016

 8   AND COMPONENTS THEREOF              :

 9   - - - - - - - - - - - - - - - - - - x

10

11                            HEARING

12

13                            Thursday, July 13, 2017

14                            Courtroom B

15                            U.S. International Trade

16                             Commission

17                            500 E Street SW

18                            Washington, DC

19

20   The Hearing commenced, pursuant to notice of the Judge, at

21   8:52 a.m., before the Honorable Thomas B. Pender,

22   Administrative Law Judge for the United States

23   International Trade Commission.

24

25
```

```
 1  APPEARANCES:

 2

 3  On behalf of Complainant:

 4            KATHI VIDAL, ESQ.

 5            Winston & Strawn LLP

 6            275 Middlefield Road

 7            Menlo Park, California 94025

 8            650-858-6425

 9            kvidal@winston.com

10

11            RUFFIN B. CORDELL, ESQ.

12            JOSEPH COLAIANNI, ESQ.

13            LINHONG ZHANG, ESQ.

14            THOMAS S. "MONTY" FUSCO, ESQ.

15            Fish & Richardson, P.C.

16            1425 K Street Northwest, Suite 1100

17            Washington, D.C. 20005

18            202-783-5070

19            cordell@fr.com

20            colaianni@fr.com

21            lwzhang@fr.com

22            fusco@fr.com

23

24

25                                         -- continued --
```

1  APPEARANCES: (Continued)

2

3              JACQUELINE TIO, ESQ.

4              BEN THOMPSON, ESQ.

5              Fish & Richardson, P.C.

6              1180 Peachtree Street, N.E., 21st Floor

7              Atlanta, Georgia 30309

8              404-892-5005

9              tio@fr.com

10             bthompson@fr.com

11

12 On behalf of Respondents:

13             ERIC S. NAMROW, ESQ.

14             SUSAN BAKER MANNING, ESQ.

15             RICCARDO S. MACCHIAROLI, ESQ.

16             Morgan, Lewis & Bockius LLP

17             1111 Pennsylvania Avenue Northwest

18             Washington, D.C. 20004

19             202-739-3000

20             enamrow@morganlewis.com

21             susan.manning@morganlewis.com

22             riccardo.macchiaroli@morganlewis.com

23

24

25                                      -- continued --

1    APPEARANCES: (Continued)

2

3              JASON C. WHITE, ESQ.

4              Morgan, Lewis & Bockius LLP

5              77 West Wacker Drive

6              Chicago, Illinois 60601

7              312-324-1000

8              jason.white@morganlewis.com

9

10             JASON E. GETTLEMAN, ESQ.

11             KARON N. FOWLER, ESQ.

12             Morgan, Lewis & Bockius LLP

13             1400 Page Mill Road

14             Palo Alto, California 94304-1124

15             650-843-7593

16             jason.gettleman@morganlewis.com

17             karon.fowler@morganlewis.com

18

19

20

21

22

23

24

25

1  Q Dr. Davis, you testified that Respondents copied

2 CGI's products; correct?

3  A Yes, that's my opinion.

4  Q And it's your opinion that this alleged copying

5 is secondary indicia of nonobviousness; correct?

6  A Yes.

7  Q Can we put up CDX-14.26C, please.

8   Should be on the screen for you.  This is a

9 demonstrative that you used in your witness statement;

10 correct?

11  A Yes, I believe so.

12  Q And at the top of CDX-14.26C, it says, "keypad."

13   Do you see that?

14  A Yes.

15  Q And then below it it says "adapted from

16 Chamberlain 940EV-garage access wireless keypad."

17   Do you see that?

18  A I do.

19  Q The garage access wireless keypad is an outdoor

20 wireless keypad; correct?

21  A I don't believe -- I don't know.  I think it's

22 the indoor.

23  Q Are you aware of Chamberlain using any wireless

24 indoor keypads in any of its products?

25  A Not off the top of my head.

1              JUDGE PENDER: Let's ask a question, then. Why
2    do you think it's an indoor? Is it because it's got the
3    light thing on it?
4              THE WITNESS: I was using this as an example of
5    where they went to Chamberlain and took their product, and
6    basically molded it into the TTI product.
7              JUDGE PENDER: You mean specifically or
8    generally?
9              THE WITNESS: Generally.
10             JUDGE PENDER: Okay. Thank you.
11             Please continue, Mr. White.
12             BY MR. WHITE:
13   Q    You'll agree with me that the '319 patent does
14   not claim a wirelessly connected wall console; correct?
15   A    That's correct.
16   Q    And, in fact, the '319 patent claims are limited
17   to a wired connection between the microcontroller of the
18   wall console and the microcontroller of the motor drive
19   unit; correct?
20   A    Yes.
21   Q    You also referenced the MyQueue app as one of
22   the bases for your copying allegations; correct?
23   A    I do.
24   Q    You'll agree with me that the MyQueue app is not
25   covered by any claim of the '319 patent; correct?