UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER KEVIN K. MCALEENAN, <br><br> Defendants. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 18-00200 |

# ORDER

In conformity with the opinion issued on this date, it is hereby

**ORDERED** that Defendants' Partial Motion to Dismiss, ECF No. 39, is granted. Count II of Plaintiff's Amended Complaint, ECF No. 30, is dismissed for lack of subject matter jurisdiction; and it is further

**ORDERED** that Defendants' Motion to Strike Demand for Jury Trial, ECF No. 39, is granted; and it is further

**ORDERED** that the U.S. International Trade Commission's Motion to Intervene, ECF No. 43, is denied; and it is further

**ORDERED** that Plaintiff's Motion to Strike Reply of the U.S. International Trade Commission in Support of its Motion for Leave to Intervene in Support of Defendants, ECF No. 57, is denied; and it is further

**ORDERED** that the U.S. International Trade Commission's Motion for Leave to File its Reply in Support of its Motion to Intervene in Support of Defendants, ECF No. 58, is denied; and it is further

**ORDERED** that the Chamberlain Group's Motion to Intervene, or in the Alternative, for Reconsideration of its Motion to Appear as *Amicus Curiae*, ECF No. 47, is denied; and it is further

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, ECF No. 5, is granted. Customs shall take action in accordance with <u>One World Technologies, Inc. v. United States</u>, Slip Op. 18-173, including the release of the subject merchandise for entry into the United States; and it is further

**ORDERED** that Plaintiff shall post security, in accordance with USCIT Rule 65(c), with the Clerk of Court in the amount of $155,470.00, which is equal to the entered value of the shipment. The security shall be deposited in an interest-bearing account; and it is further

**ORDERED** that Defendants' Motion to Stay, ECF No. 22, is denied; and it is further

**ORDERED** that Defendants' Motion to Strike, ECF No. 62, is denied; and it is further

**ORDERED** that Plaintiff's Motion for Leave to Supplement, ECF No. 63, is denied; and it is further

**ORDERED** that Defendants' Motion for Entry of a Scheduling Order, ECF No. 32, is granted. The Parties shall file a joint proposed scheduling order no later than January 4, 2019.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: December 14, 2018
New York, New York