

# UNITED STATES COURT OF INTERNATIONAL TRADE
## ONE FEDERAL PLAZA
### NEW YORK, NY 10278-0001

CHAMBERS OF
Jennifer Choe-Groves
Judge

December 14, 2018

**VIA ECF**

Re: *One World Technologies, Inc. v. United States*
Court No. 18-00200

Dear Counsel:

The court intends to issue a public version of the Opinion in the above-captioned case. The court has double-bracketed information that was designated as confidential in the papers and proceedings before the court. However, out of an abundance of caution, the court asks the Parties to review the Opinion and inform the court by Wednesday, December 19, 2018, in writing, whether any information not already in brackets is confidential and should be redacted in the public version. If the Parties believe that any additional information should be redacted from the public version, please explain the basis for your belief.

Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 with any questions. Thank you for your assistance and cooperation.

Very truly yours,

   /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge


Cc:    Steve Taronji
       For docketing

       Stephen E. Ruscus, Esq.
       Morgan, Lewis & Bockius, LLP
       1111 Pennsylvania Avenue, NW.
       Washington, D.C. 20004
       Email: stephen.ruscus@morganlewis.com

       Michael J. Abernathy, Esq.
       Jason C. White, Esq.

Morgan, Lewis & Bockius, LLP
77 W. Wacker, Fifth Floor
Chicago, IL 60601
Email: michael.abernathy@morganlewis.com
         jason.white@morganlewis.com

Guy R. Eddon, Esq.
Amy M. Rubin, Esq.
Edward F. Kenny, Esq.
U.S. Department of Justice
International Trade Field Office
Commercial Litigation Branch – Civil Division
26 Federal Plaza
Suite 346
New York, N.Y. 10278
Email: guy.r.eddon@usdoj.gov
         amy.rubin@usdoj.gov
         edward.kenny@usdoj.gov

CBP Assistant Chief Counsel
U.S. Department of Homeland Security
International Trade Litigation
U.S. Customs and Border Protection
26 Federal Plaza – Room 258
New York, N.Y. 10278
Email: gmb.asstchiefcounselitl@cbp.dhs.gov