# Morgan Lewis

Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Tel.  +1.312.324.1000
Fax: +1.312.324.1001
www.morganlewis.com

**Jason C. White**
Partner
+1.312.324.1775
jwhite@morganlewis.com

December 18, 2018

**VIA ECF**

Honorable Jennifer Choe-Groves
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**Re:**   *One World Technologies, Inc. v. United States*
          Court No. 18-00200

Dear Judge Choe-Groves:

One World writes in response to the Court's December 14, 2018 letter to the parties regarding redactions to the Court's Opinion (ECF No. 071).  Accompanying this letter, One World respectfully submits the public version of the Patent Trial and Appeal Board's ("PTAB") final decision in IPR2017-00126.  *See* Exhibit A.  Based on Exhibit A, One World believes that footnotes 3 and 4 on page 19 of the Court's opinion do not require any redaction.  Similarly, One World believes that the Court's discussion of the PTAB's decision on page 20 of the Court's Opinion also does not require redaction.

One World has reviewed the remainder of the Court's Opinion and has not identified any other material that requires redaction.

Sincerely,

*/s/ Jason C. White*

Jason C. White

JCW

cc: Counsel of Record (via ECF)

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Hartford  Houston  London  Los Angeles  Miami  Moscow  New York
Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Singapore  Tokyo  Washington  Wilmington

Case No. 1:18-cv-00200

# CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2018, I caused the foregoing **CORRESPONDENCE** to be electronically filed with the Clerk of the U.S. Court of International Trade by using the CM/ECF system, which will automatically generate and serve notice of this filing to all counsel of record, including counsel for the Defendants listed below:

Guy R. Eddon
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY 10278
(212) 264-9232
Fax: (212) 264-1916
Email: *guy.r.eddon@usdoj.gov*

Amy Michelle Rubin
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY 10278
(212) 264-9237
Fax: (212) 264-1916
Email: *amy.rubin@usdoj.gov*

Edward Francis Kenny
U.S. Department of Justice
Commercial Litigation Branch - Civil Div.
26 Federal Plaza
Room 346
New York, NY 10278
(212) 264-0480
Fax: (212) 264-1916
Email: *edward.kenny@usdoj.gov*

    */s/ Nina Armah*

NINA ARMAH
Paralegal
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2541