UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER KEVIN K. MCALEENAN,<br><br>    Defendants. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 18-00200 |

## ORDER

Before the court is The Chamberlain Group, Inc.'s Renewed Motion to Intervene, ECF No. 98 ("Chamberlain's Motion"). The court denies Chamberlain's Motion for the reasons set forth in <u>One World Technologies, Inc. v. United States</u>, 42 CIT __ , No. 18-CV-00200, 2018 WL 7049792, at *5 (Ct. Int'l Trade, Dec. 14, 2018).

Upon consideration of Chamberlain's Motion, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Chamberlain's Motion, ECF No. 98, is denied.

                                                                                          /s/ Jennifer Choe-Groves<br>
                                                                                          Jennifer Choe-Groves, Judge

Dated:  March 13, 2019<br>
          New York, New York