UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br> v. <br><br> UNITED STATES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER KEVIN K. MCALEENAN, <br><br>    Defendants. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 18-00200 |

**ORDER**

Upon consideration of the Plaintiff's Motion to Enter Proposed Scheduling Order, ECF No. 94, Defendants' Motion for Entry of a Scheduling Order, ECF No. 93, Defendants' Motion for the Court to Defer Considering Plaintiff's Motion for Summary Judgment, ECF No. 102, the Declaration of Defendants Pursuant to Rule 56(d), ECF No. 102–1, Plaintiff One World Technologies, Inc.'s ("One World") Opposition to Defendants' Motion to Defer Consideration of Plaintiff's Motion for Summary Judgment, ECF No. 106, Defendants' Motion to Extend Time, ECF No. 109, and all other papers and proceedings in this action, it is hereby

**ORDERED** that this action shall proceed in accordance with the schedule set forth below:

1. Any motions regarding the pleadings or other preliminary matters shall be filed on or before March 26, 2019;

2. Fact and expert discovery shall be completed by May 13, 2019;

Court No. 18-00200 Page 2

    a. Discovery, other than expert depositions, shall be completed by April 10, 2019;

    b. Expert reports shall be exchanged by May 6, 2019;

    c. Depositions of expert witnesses shall be completed on or before May 13, 2019;

3. Dispositive motions, if any, shall be filed on or before June 3, 2019, and a brief in response to a dispositive motion may include a dispositive cross-motion; and

4. Briefs in response to dispositive motions shall be filed on or before June 17, 2019;

5. Reply briefs shall be filed on or before June 24, 2019;

6. Any motion for oral argument shall be filed on or before June 24, 2019; and

7. If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed on or before June 24, 2019; and it is further

**ORDERED** that Defendants' response to Plaintiff One World's Motion for Summary Judgment of Non-Infringement, ECF No. 89, is to be filed on or before May 27, 2019; and it is further

**ORDERED** that Plaintiff's reply to Defendants' response to Plaintiff One World's Motion for Summary Judgment of Non-Infringement is to be filed on or before June 10, 2019; and it is further

**ORDERED** that Defendants' Motion to Extend Time, ECF No. 109, is denied as moot.

                                                  /s/ Jennifer Choe-Groves
                                                Jennifer Choe-Groves, Judge

Dated: March 13, 2019
       New York, New York