**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br>                               Plaintiff, <br>                 v. <br><br> THE UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; and KEVIN K. McALEENAN, in his official capacity as Commissioner of U.S. Customs and Border Protection, <br>                            Defendants. | Case No.: 18-cv-200 |

## JOINT MOTION TO STAY THE CASE

Plaintiff One World Technologies, Inc. ("One World") and Defendants The United States of America, United States Department of Homeland Security, United States Customs and Border Protection ("Customs"), and Kevin K. McAleenan (collectively, the "Government"), by their attorneys, jointly present this motion requesting that the Court enter an order staying all proceedings in this case pending the finality of any appeals of the International Trade Commission's ("Commission") issuance of a Final Determination in Investigation No. 337-TA-1016M ("Modification Proceeding"), or, if no appeal is taken, once the time to file an appeal of the Commission's Final Determination has expired. In support of their motion, the parties state as follows:

Pursuant to its interpretation of the Limited Exclusion Order ("LEO") issued by the Commission in Investigation No. 337-TA-1016, Customs denied entry of one shipment of One World's Redesigned Garage Door Openers ("GDOs"), which was given entry number 442-7562994. Customs subsequently denied One World's protest for this shipment. One World brought this action against the Government seeking reversal of the protest denial and release of

the detained shipment because the Redesigned GDOs did not infringe U.S. Patent No. 7,161,319 (the "'319 patent").

On August 2, 2018, One World petitioned the Commission to institute a modification proceeding to determine if the Redesigned GDOs are covered by the LEO. On April 22, 2019, the Chief Administrative Law Judge ("Chief ALJ") issued a Recommended Determination finding that the Redesigned GDOs do not infringe the '319 patent and recommending that the LEO be modified so as to not apply to the Redesigned GDOs. Court No. 19-0017, ECF No. 151-1.

In light of the Chief ALJ's recommended determination, Customs further considered its application of the Commission's remedial orders to One World's Redesigned GDOs. On May 1, 2019, One World and the Government signed a Settlement Agreement, attached as Exhibit A. Pursuant to the Settlement Agreement, One World and the Government agreed to stay this case until the finality of any appeals of the Commission's issuance of a Final Determination in the Modification Proceeding, or, if no appeal is taken, once the time to file an appeal has expired. Ex. A at § 1.1. The Commission's decision is determinative of Customs' future treatment of One World's Redesigned GDOs. Accordingly, a stay will ensure the parties' and the Court's time and resources are not wasted while the Commission makes its final decision in the Modification Proceeding.

Dated: May 1, 2019

Respectfully submitted,

By: /s/ *Jason C. White*

Jason C. White
Michael Abernathy
Nicholas A. Restauri
**Morgan, Lewis & Bockius LLP**
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

*Attorneys for Plaintiff One World Technologies Inc.*

JOSEPH H. HUNT
Assistant Attorney General

AMY M. RUBIN
Assistant Director
International Trade Field Office

GUY EDDON
EDWARD F. KENNY
MARCELLA POWELL
ALEXANDER VANDERWEIDE
Trial Attorneys
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, NY 10278
Tel. (212) 264-9230 or 0480

*Attorneys for Defendants*

Case No. 1:18-cv-00200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2019, I caused the foregoing **JOINT MOTION TO STAY THE CASE** to be electronically filed with the Clerk of the U.S. Court of International Trade by using the CM/ECF system, which will automatically generate and serve notice of this filing to all counsel of record.

*/s/ Nina Armah*
NINA ARMAH
Paralegal
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2541